## YOUR RIGHTS

PLACE: 810 Barret Ave

DATE: 12-23-06

TIME: 0721

Before we ask you any questions, you must understand your rights.

1. You have the right to remain silent.

2. Anything you say can and will be used against you in a Court of Law.

3. You have the right to talk to a lawyer prior to any questioning or the making of any statements, and to have him present with you while you are being questioned.

4. If you cannot afford to hire a lawyer, one will be appointed by the Court to represent you before any questioning, if you desire one.

5. You may stop the questioning or making of any statements at any time by refusing to answer further or by requesting to consult with an attorney prior to continuing with questioning or the making of any statements.

## WAVIER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

SIGNED: _[signature]_

WITNESS: _[signature]_

WITNESS: _[signature]_

TIME: 0722

LPD# 0006-96



## LOUISVILLE METRO POLICE DEPARTMENT
## PUBLIC INTEGRITY UNIT

JERRY E. ABRAMSON
MAYOR

MAJOR TIM EMINGTON
SPECIAL INVESTIGATIONS DIVISION

ROBERT C. WHITE
CHIEF OF POLICE

| | |
|---|---|
| McCartney | Sgt. Pete McCartney, Louisville Metro Police Public Integrity Unit, today's date is Sat. Dec. 23rd, 2006, the time now is 0718 hours. We are present at 810 Barret Avenue, 4th floor in the Public Integrity Office, this will be a taped statement from Officer Miles Cosgrove, this statement is in reference to PIU case number 06-334, present with me is Officer Cosgrove, Attorney Mark Miller and Sgt. Jamie Hill of the Public Integrity Unit, Officer Cosgrove are you aware that this interview is being video and audio taped. |
| Cosgrove | Yes sir. |
| McCartney | Does this meet with your approval? |
| Cosgrove | Yes it does. |
| McCartney | Would you please state your full name and spell your last name please. |
| Cosgrove | Miles Cosgrove, last names is COSGROVE |
| McCartney | Okay and your code number. |
| Cosgrove | 7519 |
| McCartney | And Miles if you would please where are you currently assigned. |
| Cosgrove | The 8th division. |
| McCartney | Okay and how long have you been in that division. |

768 BARRET AVENUE LOUISVILLE, KENTUCKY 40204
OFFICE PHONE 502.574.2136   FAX 502.574.5559

| | |
|---|---|
| Cosgrove | I've been out there for about nine months now. |
| McCartney | Nine months okay and how long have you been on the department. |
| Cosgrove | About two years. |
| McCartney | Two years and are you under the influence of alcohol drugs or any intoxicants at this time. |
| Cosgrove | No. |
| McCartney | Are you taking any medication that would affect your judgment or your ability to think clearly? |
| Cosgrove | No. |
| McCartney | Did you sustain any injuries during the situation we're about to describe. |
| Cosgrove | No. |
| McCartney | Okay, what type of uniform or clothing were you wearing at the time of this incident. Your class A uniform. |
| Cosgrove | Class A uniform. |
| McCartney | And do you have the same uniform on right now. |
| Cosgrove | Yes I do. |
| McCartney | Okay, because of the statutory requirements of KRS 15.520 I am obligated to advise you of your constitutional rights prior to asking you any further questions and I'm about to do that now. Before we ask you any questions you must understand your rights. You have the right to remain silent. Anything you say can and will be used against you in a Court of Law. You have the right to talk to a lawyer prior to any questioning or the making of any statements and to have him present with you while you are being questioned. If you cannot afford to hire a lawyer, one will be appointed by the Court to represent you before any questioning, if you desire one. You may stop the questioning or making of any statements at any time by refusing to answer further or by requesting to consult with an |

|  |  |
|---|---|
|  | attorney prior to continuing with questioning or the making of any statements. Do you understand your rights. |
| Cosgrove | Yes I do. |
| McCartney | Okay if you would go ahead and sign the bottom and we'll witness this, okay Miles what I'll ask you to do now is in your own words just describe what had taken place this afternoon or this evening, this morning whatever it is today, this morning, at the Speedway on Westport Road, what... |
| Cosgrove | I had just cleared a run from off Halifax and Murphy Lane, I was turning onto Westport Road yielding westbound, observed a vehicle Accomack Road, turning west on Westport Road, as I was passing this vehicle it was turning into Speedway. I recognized the vehicle as a potential vehicle that I had stopped or attempted to stop approximately last week for, as a drunk driver, potential drunk driver of that vehicle left fleeing, got into a short pursuit and terminated it. As I passed the vehicle I suspected that, that was the vehicle that had done what happened last week. So I drove down Westport Road, that vehicle turned into Speedway, lost sight of it for awhile, turned, went, I'm sorry, I'm kind of nervous right now, |
| McCartney | That's alright, take your time. |
| Cosgrove | Continued down Westport Road, passed Chamberlain, flipped a U-turn, turned left onto Chamberlain, north and entered the Speedway gas station, it was heavily populated, there was cars everywhere, I pulled into the Speedway and that vehicle was in front of the Speedway, like, how do I explain this, where you're car to car, front end to front end of the car, as I turned my lights on, turned my lights on, I opened the door, as I'm opening my door to get out the rear passenger in the back, the guy that was in the blue shirt that was in my car, he exits the vehicle as well and I asked him to step back in, I asked him twice, he complied, stepped back in the car, sat back in the car. I'm on the passenger side of the car and walking towards the rear of the car to confirm that this is the car that ran from us the other day. I get to the rear of the vehicle, I see the plate ID, it is the vehicle, walked to the drivers side area, the vehicle is still running, attempt to make contact with the driver and the driver looks at me, glances, puts |

| | |
|---|---|
| | his car in reverse, at that point, I broke the window out, you know the vehicle was so close to me that, it's just a matter of feet. |
| McCartney | Okay, you mentioned you broke the window out, how did you break the window out. |
| Cosgrove | I utilized my flashlight with my left hand. |
| McCartney | Okay. |
| Cosgrove | As I broke the window out my hand and arm went all the way through the window, caused me to lose balance, and the flashlight may have been hung on the seatbelt or he may have grabbed it or just from the force it may well have caused me to lose my balance, the flashlight left my hand, from there I'm not sure what happened to the flashlight after that. |
| McCartney | Okay, did you discard it or it just left your hand. |
| Cosgrove | I may, I couldn't tell you, it may have been discarded or it fell and so the vehicle backs up at a high rate of speed, I put my life in danger, it puts the civilians lives in danger at the populated gas station, it puts the lives in danger of the people in the car, the vehicle accelerates back into gear into drive and it comes at me and at that point I fear for my life and the safety of everyone else and that's when I fired at the driver of the vehicle.... |
| McCartney | When did you un-holster your weapon, when did you have your weapon out, did you have your weapon out when you approached the vehicle. |
| Cosgrove | No, no. |
| McCartney | Do you remember when you? |
| Cosgrove | It would have been probably immediately after the window was broke out. |
| McCartney | Okay so when you initially went up to the window, the drivers side window, you had, what did you have in your hands. |
| Cosgrove | Just my flashlight in my hand. |

- 4 -

| | |
|---|---|
| McCartney | You had your flashlight in your hand. |
| Cosgrove | Correct. |
| McCartney | And then you did not have your weapon drawn at that time is that correct? |
| Cosgrove | Correct. |
| McCartney | Now the vehicle takes off. |
| Cosgrove | In reverse. |
| McCartney | In reverse and you, you smash out, you hit the window. |
| Cosgrove | Correct. |
| McCartney | Okay so you made contact with the vehicle with your flashlight and in doing so you lose you balance is that correct? |
| Cosgrove | Correct. |
| McCartney | Okay, then the flashlight is gone. |
| Cosgrove | Flashlight was either discarded or fell out of my hand. |
| McCartney | And do you remember when you, at that time did you go ahead and un-holster your weapon or, do you remember. |
| Cosgrove | Yes. |
| McCartney | Okay. |
| Cosgrove | I don't remember exactly but that would be the logical time. |
| McCartney | Right about that time. |
| Cosgrove | Yes sir. |
| McCartney | Okay continue on I'm sorry I just wanted to make that clear. |
| Cosgrove | So the vehicle is now in the reverse position. |
| McCartney | Right. |

- 5 -

| | |
|---|---|
| Cosgrove | I've un-holstered my weapon. |
| McCartney | Correct. |
| Cosgrove | The vehicle now goes back into, the vehicle is now in drive, coming at me, and that's when I fired the rounds at the vehicle, due to potential you know, I feared for my life and the other lives of everyone else at that gas station, due to this gentleman's driving. |
| McCartney | Right. |
| Cosgrove | The vehicle then exited the parking lot area, I did not see it exit the parking lot area, I was kind of flustered at that point, so I got on the radio and that's when I made the dispatch you know shots fired, description of the car, description of the males and I gave an incorrect location of where I thought the vehicle, I thought the vehicle had traveled down Westport Road, that was incorrect. |
| McCartney | Okay. |
| Cosgrove | A few minutes later maybe two minutes I could hear our cars coming and A11 Adam was the first car there and as he was pulling in a civilian was talking to him and she said that the car was up the street near Wal-Mart and that's when I said the car was probably up near Wal-Mart to radio. |
| McCartney | And that was on Chamberlain Lane, is that correct. |
| Cosgrove | Correct, Chamberlain Lane near Dianne Marie Road. |
| McCartney | Okay, let's go back to, on the parking lot now, when you mentioned the fact that the car is in reverse okay and it's driving, you said out of control, what was it doing. |
| Cosgrove | The vehicle was in a. |
| McCartney | It passes you and it's in reverse. |
| Cosgrove | Correct I'm in this area here, I'm where we're supposed to stand at that threshold between the |

- 6 -

| | |
|---|---|
| | door and the front door, that vehicle goes in reverse maybe a car length or so at a high rate of speed and then immediately goes back into drive and continues at me and then exits the parking lot. |
| McCartney | You're right in the middle of the parking lot at this time, is that correct. |
| Cosgrove | I'm standing between the building and the pumps, pump area. |
| McCartney | Okay, and the vehicle is coming at you. |
| Cosgrove | Correct. |
| McCartney | And towards the entrance of the Speedway is that correct. |
| Cosgrove | Yes. |
| McCartney | That's where you are right? |
| Cosgrove | Correct. |
| McCartney | You haven't moved anywhere, you're. |
| Cosgrove | Correct, my area of movement is very limited because I'm not sure where I am now, I'm not sure where my orientation is, there's vehicles in the parking lot, there's pumps in the parking lot. |
| McCartney | Right and that's what I'm trying to get. |
| Cosgrove | So I feel, if you're asking, I feel like I'm trapped basically, …. |
| McCartney | That's what I'm trying to get an idea of where he is, he backed out, stopped and now he's coming at you. |
| Cosgrove | Correct. |
| McCartney | And between you, I mean between the vehicles, the suspect car and yourself and then there's some pumps in the front of the Speedway is that correct. |
| Cosgrove | Correct. |

| | |
|---|---|
| McCartney | So he's heading right back towards the front of the Speedway at that time. |
| Cosgrove | Correct. |
| McCartney | Okay. |
| Cosgrove | More than likely, I ..I didn't see more like logically would have had to exit between my car and the pumps and that's basically where I was standing. |
| McCartney | Alright and then you fired is that correct. |
| Cosgrove | Correct. |
| McCartney | Okay tell me when you went ahead and fired what were you firing at, what was your intentions when you fired? |
| Cosgrove | My intention was to stop the threat, to stop the driver from killing me with his vehicle and stop him from killing his passengers and the other civilians in the parking lot. |
| McCartney | Now do you remember how many times you fired approximately. |
| Cosgrove | 6 to 8 times approximately. |
| McCartney | Okay and into what, where did you fire, what was your. |
| Cosgrove | My sight picture was the top of the door and I remember distinctly seeing his elbow. |
| McCartney | That the driver's elbow. |
| Cosgrove | His left, yes sir. |
| McCartney | Can you describe the driver. |
| Cosgrove | White male, thin build, probably 35ish, 30, 35ish. |
| McCartney | Do you know the drivers name? |
| Cosgrove | No, no sir. |
| McCartney | You ever see him before? |

- 8 -

| | |
|---|---|
| Cosgrove | No sir. |
| McCartney | Okay and continue, you fired approximately 6 to 8 rounds. |
| Cosgrove | 6 to 8 rounds, the vehicle exits the facility and at that time I lost sight of it. |
| McCartney | How did the vehicle exit, do you remember, what manner he was driving. |
| Cosgrove | I don't remember, it happened so fast at that point I was more or like what just happened, did that really happen? I'd also like to add too as I walked up to that vehicle, I take a step back, as I was, I'm sorry I'm kind of nervous. |
| McCartney | Okay take your time... |
| Cosgrove | As I asked that passenger to step in the car, which he did, I was watching the hands of that driver and the front passenger, the driver, he was very, you know he was trying to get something or look for something underneath that steering column area, so I concentrated on him, that's why my description is not exact, cause I was looking at their hands. |
| McCartney | Right sure and why were you looking at his hands. |
| Cosgrove | That's our danger zone. |
| McCartney | And in doing so what happened, I mean you're watching his hands and what was he doing, could you see his hands. |
| Cosgrove | I could see, no I couldn't see his hands, I could see the movements he was making in the car, his hands were not where they should be for my safety. |
| McCartney | Okay did you see any weapons? |
| Cosgrove | No I didn't see any weapons. |
| McCartney | Did you see, did you get a chance to see the passengers, any other passengers in the car, besides the one, you mentioned one of them got out, is that the rear passenger? |
| Cosgrove | Correct, the passenger was wearing like dark polo T-shirt and jeans. |

| | |
|---|---|
| McCartney | Can you describe him black male, white male. |
| Cosgrove | He would have been a white male, short dark hair, medium, healthy build on him. |
| McCartney | Okay. |
| Cosgrove | He was in the rear passenger seat, I did not get a look at the front passenger, other than he was a white male with dark hair, after…. |
| McCartney | And we just kind of breezed through this, but he gets out of the car when you first arrive on the scene is that correct? |
| Cosgrove | Correct. |
| McCartney | You tell him to get back in the car? |
| Cosgrove | Correct. |
| McCartney | Okay, now does he get back out again? |
| Cosgrove | No sir, he complied completely, sat back in the car. |
| McCartney | When does he come back out, he ended up. |
| Cosgrove | Yes sir, after that vehicle exited and as Terry, as Terry arrived, A11 Adam arrived on the scene, we put out better descriptions of the subject in the car and I was maybe, as long as it would take I'm assuming to walk from Wal-Mart to Speedway is the about the time that Terry noticed a gentleman, or it may have been the air unit, Terry pointed out to me that he saw a gentleman wearing a blue T-shirt and blue jeans walking near that near Speedway, there's the auto store to the right of that, he was walking in the sidewalk area of that towards Westport and Terry had me stay at the scene and Terry made contact with him on foot along with other cars. |
| McCartney | Okay. |
| Cosgrove | Terry escorted the guy back to me and I ID'd him as yes that is the rear passenger and he sat in my car for a little bit. |
| McCartney | Okay. |

- 10 -

| | |
|---|---|
| Cosgrove | As I was putting him in the car and I asked him, what's we need more information on the passenger and I asked him you know, do you know the passenger, he said his name was Rico and he gave me a description of him and then he also said, this is not a direct quote but this is sort of what he said, he said that, he said hold on I'm going to put it in reverse and we're going to do, something to that degree, that's not direct. |
| McCartney | Okay. |
| Cosgrove | After that, after he was in the back of my car other units were responding and I honestly was just a body there, waiting to be told what to do. |
| McCartney | Did you at any point besides when you told the person you just told me about, that you actually ID'd, did you ever see him get back out of the vehicle? |
| Cosgrove | No. |
| McCartney | And you mentioned the driver's, his conduct driving on the lot, you said that it was reckless and can you describe the reckless driving. |
| Cosgrove | Well by putting his car in reverse and my body position he could have easily just by matter of inches, the movement of his steering wheel either knocked me over, hit me with his car causing physical injury to myself or he could have hit a pedestrian, another vehicle, he could have hit the pumps and that was in the reverse state, when he put that vehicle in forward motion he could have done the same thing, again putting my life and the.. |
| McCartney | I understand that but I'm talking about the manner in which he's driving, is he driving like, just pulled straight back and just took off or was he driving. |
| Cosgrove | He was driving to get away from the place, he was. |
| McCartney | Can you describe that, how he. |
| Cosgrove | He accelerated at a high rate of speed, put the vehicle in reverse and stomped on that gas, that's |

- 11 -

| | |
|---|---|
| | the best I can explain it, I don't articulate very well. |
| McCartney | That's okay, you're doing good now, I want to go into little bit more, is how you came in contact with this vehicle, was that a week ago. |
| Cosgrove | Approximately a week ago or so maybe longer. |
| McCartney | Just kind of fill me in a little bit more, what you knew about it, what you saw of it, just describe how that circumstance came about. |
| Cosgrove | I was traveling north on. |
| McCartney | Do you remember what day it was last week, was it a weekend or was it during the week. |
| Cosgrove | I honestly couldn't tell you sir, I can't remember. |
| McCartney | You worked the same shift is that correct. |
| Cosgrove | Yes sir. |
| McCartney | Okay do you remember what your off days were last week or. Was it beginning of shift, middle of shift, end of the shift. |
| Cosgrove | It would have been towards the end of the shift, I couldn't tell you what day it was, it wouldn't have passed my last off day. |
| McCartney | Okay go ahead and just tell me. |
| Cosgrove | I'm traveling down, I turned off Westport Road onto Murphy Lane going north towards Hwy 22 or towards 22 and I observed a vehicle on Murphy and he's all over the road, he's crossing, he's crossing the yellow line, crossing the white lane, driving in the median, driving in the lane causing traffic, could have easily hit them head on, we get to Murphy Lane and Halifax and that's when I turn my lights on and initiate the traffic stop, he doesn't yield at all, doesn't stop and slow down, he gradually speeds up but he's not necessarily running from the police yet, cause he's not speeding, he's not causing he's not, you know what I mean, he's not flooring the car, he's not going, but he's still over the road, he's still, there's a very steep curve on Murphy Lane and if you're in that |

> southbound lane if you're going north you can cause a hazard, so once we get to approximately Murphy Lane and 22 that's when I tell radio this guy isn't stopping for me and start another car and advise 819, once the vehicle turns east on 22 that when he opens his vehicle up, he goes and again he's all over the road and that's a pretty highly traveled road, we, I continue with him with lights and siren on till we get to about I think I said we were at the county line traveling at 45 mph, at the county line he turns left onto, turns left which would be north onto Haunz Lane or Hoots Lane right there passed the cemetery and that's about the same time that 819 terminated the pursuit and at which time I turned the car off and turned around but as he turned left on Haunz Lane, his car did a almost 180 degree turn almost took the grass barrier right there and at that point we terminated and headed back.

| | |
|---|---|
| McCartney | Alright and did, you called off on this, is that correct. |
| Cosgrove | Correct. |
| McCartney | You called off on the radio and you got the plate number is that correct. |
| Cosgrove | Correct. |
| McCartney | You called that in? |
| Cosgrove | Yes. |
| McCartney | And did you record that somewhere? |
| Cosgrove | I wrote it on my citation notebook. |
| McCartney | Okay and is that what you used this afternoon or this morning. |
| Cosgrove | Yes. |
| McCartney | Is that what you used today to check and see if that was the same vehicle that you were dealing with. |
| Cosgrove | Correct. |
| McCartney | Okay do you remember off the top of your head what that was? |
| Cosgrove | What the plate was. |

- 13 -

| | |
|---|---|
| McCartney | Yeah. |
| Cosgrove | CHG I think the first three I couldn't tell you the rest. |
| McCartney | Okay, very good, alright, now back to what happened this morning, as far as, when he takes off, when the suspect vehicle takes off of the lot, you mentioned that fact that you kind of, what did you do, just explain what you did at that point. You said you got on the radio… |
| Cosgrove | Right, after the vehicle exited I got on the radio and said shots fired, gave the incorrect location and for some reason I thought the vehicle went down Westport Road and that's the location I gave of the vehicle which was incorrect and honestly at that point, I was, I didn't really know what to do next, I considered going after the vehicle but I got a scene right here that I need to stay at, so really I just waited right there until either being to be told by radio and wait until another car got there. |
| McCartney | And you mentioned I think it was 811 Adam is the first one that comes. |
| Cosgrove | Correct. |
| McCartney | And who is that? |
| Cosgrove | Terry Butrum. |
| McCartney | Okay so Officer Butrum arrives and he assisted you in finding the passenger was which was walking away is that correct. |
| Cosgrove | Yes sir. |
| McCartney | When did he come in contact with the rear passenger. |
| Cosgrove | Four minutes or so after talking to me. |
| McCartney | Okay and when he did, how does he end up in the back of your police car. |
| Cosgrove | Terry has me stay at the scene and Terry goes on foot from Speedway to Westport and the entrance to Speedway |

- 14 -

| | |
|---|---|
| | from Westport and I believe it was an Anchorage car that's backing him up to get, it's in a dark area I really can't see what Terry is doing now. |
| McCartney | Right sure. |
| Cosgrove | But somehow Terry escorts the guy back to me. |
| McCartney | That's what I'm trying to figure out how he gets back to you. |
| Cosgrove | He just walks back to me. |
| McCartney | So he walked him back to you? |
| Cosgrove | Um, um, I pat him down and put him in the back of my car and asked him what are your friend's name, what was the passenger's name and trying to get more information on the passenger, cause the radio is needing a description. |
| McCartney | That's pretty much I was just trying to get, he was taken from Officer Butrum and ends up in your car, alright, now what about charges, do you have any charges against the driver today, what kind of charges. |
| Cosgrove | He's charged today with wanton endangerment and attempted murder. |
| McCartney | Okay and again and I know you told me but want to make sure we covered this, the driver of the vehicle, you don't know, do you know him at all? |
| Cosgrove | I've never seen him. |
| McCartney | And you never had any contact with him before. |
| Cosgrove | Correct. |
| McCartney | Okay, nor I guess go one step further nobody else in the vehicle correct. |
| Cosgrove | Correct. |
| McCartney | You still don't know who the front passenger subject is, you don't know? |

- 15 -

| | |
|---|---|
| Cosgrove | Right. |
| McCartney | And you've actually talked to one of those in the rear, that you told to get back in? |
| Cosgrove | Correct. |
| McCartney | And we have him ID'd is that correct. |
| Cosgrove | I don't know. |
| McCartney | I mean we have him as an agency we have, he was in your vehicle, and we brought him back up here and interviewed him, so we do know who he is okay, now Sgt. Hill, do you have any questions. |
| Hill | Just, during this event and you're walking around you walk behind his car. |
| Cosgrove | Correct, to look at the plate. |
| Hill | Right and you believe this to be the same vehicle that you had the short pursuit with before. |
| Cosgrove | Um, um. |
| Hill | As you're walking up he puts the car in reverse, are you using any verbal commands? Are you saying anything to him, are you trying to tell him what to do? |
| Cosgrove | As I'm looking at the plate. |
| Hill | No, no as you walking up to the drivers side. |
| Cosgrove | As I'm walking up to the drivers side. |
| Hill | You see him put it in reverse. |
| Cosgrove | I asked him to shut the car off and I hadn't no answer from that and he basically put, as soon as I finish my sentence is when he made his action, and I don't think I said anything when I broke the window out. I know, I'm positive I holster my weapon I told him to stop, no I drew my weapon and I told him to stop. |

- 16 -

| | |
|---|---|
| Hill | So you shouted at him to stop where he should have been able to hear it. |
| Cosgrove | Yes sir. |
| Hill | Okay. |
| Cosgrove | From the closeness there's no doubt that he heard me. |
| Hill | Okay I don't have any further. |
| McCartney | Mark. |
| Miller | Well Sarge other than the normal request I would like a copy of the transcribed statement and I will send you a written confirmation of that request. |
| McCartney | Yes sir, okay Miles do you have any questions of us or anything else you would like to add to your statement? |
| Cosgrove | I don't think so. |
| McCartney | Okay alright is everything you told me the truth to the best of your knowledge. |
| Cosgrove | Yes it is. |
| McCartney | Okay, at this time we will now conclude the interview the time now is 0746 hours. |